Nancy Curry, Chapter 13 Standing Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014  FAX (213) 689-3055
Email: trustee13la@aol.com

|  | UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
|---|---|
| In re<br><br>AUTZ, BRYAN WILLIAM GEORGE<br><br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:11-bk-18582-ER<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION 36% PLAN; DECLARATION; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION<br><br>DATE/TIME: December 8, 2011 10:00 AM<br>Courtroom 1568<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The Trustee objects to confirmation of the plan because all requirements for confirmation as set forth in Title 11 of the United States Code and the Rules have not been met.

The Trustee requests, should all requirements not be met, that confirmation of the plan be denied, the case be dismissed or converted to Chapter 7 and for such other relief as the Court may deem appropriate.

**THE FAILURE OF THE DEBTOR (OR THE ATTORNEY FOR THE DEBTOR) TO APPEAR AT THE CONFIRMATION HEARING, OR TO FULLY COMPLY WITH ALL REQUIREMENTS FOR PLAN CONFIRMATION, MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.**

DATED: April 20, 2011                                                                                          /s/ Nancy Curry


   I, Nancy Curry, declare as follows:

1. I am the Trustee in this matter, AUTZ, BRYAN WILLIAM GEORGE , LA 2:11-bk-18582-ER, and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed plan because of the deficiencies set forth in the attached which is incorporated herein by reference. These deficiencies existed prior to or at the time of the 11 USC §341(a) meeting in this matter.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed at Los Angeles, California on April 20, 2011.                    /s/Nancy Curry

2:11-bk-18582-ER    AUTZ, BRYAN WILLIAM GEORGE

I oppose plan confirmation because the **Debtor has failed to:**

☐ schedule debts within the limits of 11 USC §109(e); and is therefore **ineligible**

☒ **disclose** [11 USC §521, LBR 1017-1(b)]
    ☒ assets   ☒ creditors   ☒ income   ☐ prior case
**The Debtor testified that he is legally married in California to Bryan Autz who has also filed a Chapter 13 case (11-18582ER); the Debtor has failed to file his spouse's assets, debts and income.**

☐ **serve all** creditors with notice and the Plan at least 28 days before the 11 USC §341(a) Meeting of Creditors, FRBPs 2002(b), 7004 and LBR 3015-1(b)(3);

☐ provide the Trustee **documentation of all income** (as well as any contributor's income) seven days before the §341(a) Meeting of Creditors.  LBR 3015-1(c)(3), 11 USC § 521;

☐ meet the **business reporting requirements** regarding debtor's business or self employment, LBR 3015-1(c)(4);

☐ provide to the Trustee complete copies of the Federal and State **income tax returns**, 11 USC §§ 1308 and 521, LBR 3015-1(c)(3).

☐ propose a plan that is feasible 11 USC § 1325(a)(6); the plan is **infeasible** because
    ☐ certain claims are not included and/or the amount provided is insufficient
    ☐ income is not sufficient enough to fund it
    ☐ plan payment will not  retire debt within term

☐ propose a plan that represents the Debtor's **best effort**
    ☐ unreasonable and/or unnecessary expenses are scheduled
    ☐ the budget surplus exceeds the monthly plan payment
    ☐ excessive income tax is being withheld

☐ propose a plan that provides creditors as much as would be received under **Chapter 7** 11 USC §1325(a)(4).

## PROOF OF SERVICE OF DOCUMENT

In Re:  AUTZ, BRYAN WILLIAM GEORGE
    Case No. LA 2:11-bk-18582-ER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:    NANCY CURRY, CHAPTER 13 TRUSTEE
            606 S. OLIVE STREET, SUITE 950
            LOS ANGELES, CA  90014

The foregoing document described as **TRUSTEE'S OBJECTION TO CONFIRMATION; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 20, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Debtor** | **Attorney for Debtor** |
|---|---|
| AUTZ, BRYAN WILLIAM GEORGE | GREGORY J. DOAN |
|  | DOAN LAW, LLP |
| 1809 S. LELAND | 635 CAMINO DE LOS MARES, #100 |
| SAN PEDRO, CA 90731 | SAN CLEMENT, CA 92673- |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 20, 2011 | Yijing Mu | /s/ Yijing Mu |
|---|---|---|
| Date | Type Name | Signature |


AUTZ, BRYAN WILLIAM GEORGE                                                            GREGORY J. DOAN
                                        DOAN LAW, LLP

1809 S. LELAND                                                                          635 CAMINO DE LOS MARES, #100
SAN PEDRO,CA  90731                                                                 SAN CLEMENT, CA  92673-